UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ROHE BUILDERS, LP, ET AL | § | |
|     Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:25-cv-00019 |
| | § | JURY TRIAL DEMANDED |
| MID-CONTINENT CASUALTY | § | |
| COMPANY | § | |
|     Defendants. | § | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Rohe Builders, LP, and Defendant Mid-Continent Casualty Company (jointly, the "Parties") hereby jointly file this Stipulation of Voluntary Dismissal with Prejudice and stipulate that the above-captioned action is dismissed with prejudice as to all claims and defenses in this action, with each Party to bear its own attorneys' fees, costs, and expenses.

**Joint Stipulation of Voluntary Dismissal**                                                                                    1

Dated: July 8/7/2025

COOPER & SCULLY, P.C.


/s/ R. Brent Cooper
R. Brent Cooper
SBN: 04783250
Email: brent.cooper@cooperscully.com
COOPER & SCULLY, P.C.
900 Jackson Street, Ste. 100
Dallas, TX 75202
Telephone: (214) 712-9500
Facsimile:  (214) 712-9540

***Attorney for Defendant, Mid-Continent Casualty Company***

Respectfully submitted,

LANGLEY & BANACK, INC.

Stephen E. Walraven
SBN: 20796800
Email: swalraven@langleybanack.com
Natalie F. Wilson
SBN: 24076779
Email: nwilson@langleybanack.com
745 East Mulberry Avenue, Suite 700
San Antonio, TX 78212
Telephone (210) 736-6600
Fax: (210) 735-6889

John T. Villafranca
SBN: 24096639
Email: john@portlavacalaw.com
ODEFEY, WITTE, WALL & VILLAFRANCA, LLP
2206 Hwy 35 North
Port Lavaca, TX 77979
Telephone: (361) 552-2971
Facsimile: (361) 552-5368

***Counsel for Plaintiff, Rohe Builders, LP***

Joint Stipulation of Voluntary Dismissal

2

## CERTIFICATE OF SERVICE

I hereby certify that on ~~July 22, 2025~~ *August 11, 2025*, I electronically filed the foregoing with the Clerk of the United States District Court for the Sothern District of Texas using the CM/ECF system, which will send notification of such filing to the following counsel of record:

COOPER & SCULLY, P.C.
R. Brent Cooper
SBN: 04783250
Email: brent.cooper@cooperscully.com
COOPER & SCULLY, P.C.
900 Jackson Street, Ste. 100
Dallas, TX 75202
Telephone: (214) 712-9500
Facsimile:  (214) 712-9540
***Attorney for Defendant, Mid-Continent Casualty Company***

Stephen E. Walraven

**Joint Stipulation of Voluntary Dismissal**

3