United States District Court
Southern District of Texas

**ENTERED**

August 12, 2025

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| ROHE BUILDERS, LP, *et al.*, | § |
| | § |
| Plaintiffs, | § |
| V. | § CIVIL ACTION NO. 6:25-CV-00019 |
| | § |
| MID-CONTINENT CASUALTY | § |
| COMAPNY, | § |
| | § |
| Defendant. | § |

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice. (D.E. 9). The Court hereby deems the stipulation effective. (D.E. 9); FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, the Court **ORDERS** the Clerk of Court to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
        August 12, 2025